UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 11-20815-CR-SEITZ

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOHN WHITE,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to United States Magistrate Judge Garber on ,September 8, 2015. A Report and Recommendation was filed on September 14, 2015 recommending payment in the amount of $15,049.80 as to voucher number FLS154449. No objections to the Report have been filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Barry L. Garber, is hereby Adopted and Approved. The Court Authorizes payment in the amount of **$15, 049.80.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16 day of September, 2015.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Garber
        Michael Entin, Esq.
        CJA Administrator